IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-176-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| IVAN MALIK BAERGA, ) | |
| ) | |
| Defendant. ) | |

On April 26, 2010, Ivan Malik Baerga filed a motion to quash [D.E. 140]. On May 6, 2010, the United States filed a response [D.E. 142].

In light of the information contained in the government's response and after reviewing the entire record, the motion to quash [D.E. 140] is DENIED.

SO ORDERED. This 7 day of January 2011.

JAMES C. DEVER III
United States District Judge